IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK WADE WARREN,<br>No. 13477-077,<br><br>       Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>U.S. ATTORNEY GENERAL,<br>MAUREEN P. BAIRD, and<br>JEFFREY POWERS,<br><br>       Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 16-cv-00390-DRH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Pursuant to 28 U.S.C. §455, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge Staci M. Yandle. All further documents filed in this matter shall bear case number 16-cv-390-SMY.

    IT IS SO ORDERED.

    DATED: May 9, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.05.09
11:16:20 -05'00'

_____
**DISTRICT JUDGE**